United States Courts
Southern District of Texas
FILED

JAN 18 2017

David J. Bradley, Clerk of Court

# IN THE U.S DISTRICT COURT

# SOUTHERN DISTRICT, TEXAS (CORPUS CHRISTI)

## COLLINS O. NYABWA(Plaintiff)

## VS

## FACEBOOK(Defendant)

# 42 U.S.C. § 1983 COMPLAINT AND BRIEF IN SUPPORT THEREOF

COLLINS O. NYABWA

PLAINTIFF (*PRO SE*)

4213 S. PORT AVENUE

P.O. BOX 71889

CORPUS CHRISTI, TX 78467

1

## BACKGROUND

1. On 11/24/2016 plaintiff registered an internet domain name called "emolumentsclause.com". "Emoluments Clause" has become a popular phrase after the election of Donald J. Trump on November 8, 2016 because his Presidency appears headed for major business conflict of interest issues. Plaintiff intended his website to become a hub of information regarding President Trump's business conflicts of interest.

2. On 11/25/2016 Plaintiff set up a Twitter account with the same name "Emoluments Clause". Plaintiff's Twitter account is still up and running.

3. On 11/26/2016 Plaintiff set up a Facebook account with the same name "Emoluments Clause". Plaintiff has a link to his website("www.emolumentsclause.com") on his Facebook Profile page. Facebook also has plaintiff's cell phone number on file.

4. After running without incident, Facebook without warning, locked plaintiff's account at around 2pm on Sunday 12/4/2016. When plaintiff attempted to log into his account he was met with the message "For security reasons your account is temporarily locked".

5. Facebook asked plaintiff to upload to their website a Government Issued Photo ID.

6. Plaintiff uploaded his valid Texas Driver License leaving absolutely NO DOUBT as to his identity.

7. Even after providing Facebook with a valid Texas Driver License, plaintiff is still locked out of his Facebook page. It is very clear that Facebook is not worried about plaintiff's identity, but is rather punishing plaintiff because of the content of his political speech. These unconstitutional actions (after submitting Government ID) form the basis of this

42 U.S.C. §1983 complaint. **Simply stated, the defendant's actions after plaintiff provided a valid ID are unconstitutional.**

## DIVERSITY JURISDICTION

8. Federal diversity requirements of 28 U.S.C. § 1332. Under Section 1332, a district court has jurisdiction over civil matters "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." A federal diversity action requires complete diversity. See *Stiftung v. Plains Mktg.*, L.P., 603 F.3d 295, 297 (5th Cir. 2010).

9. This is a $10 million civil suit brought against Facebook, a corporation domiciled in Menlo Park, California. Plaintiff is a long-time resident of the state of Texas and has never visited or lived in California. Federal diversity jurisdiction therefore applies.

## VENUE

10. Since October 2016, plaintiff has been working and residing in Corpus Christi, which is in Nueces County, Texas. Venue is therefore proper

## ARGUMENT

11. As stated in the procedural history, plaintiff set up a Facebook page called "Emoluments Clause" on 11/26/2016. Plaintiff is the author of a political website www.emolumentsclause.com.

12. To promote his website, plaintiff has established similarly named Social Media accounts—"Emoluments Clause" on Twitter[1] (Handle @Emolclause), "Emoluments Clause" on Youtube[2] and "Emoluments Clause" on Facebook.

13. To Plaintiff's surprise(delightful), the Facebook account has received tremendous traffic in the few days it has been operational (less than a week).

14. The biggest traffic came on Sunday 12/4/2016 after plaintiff posted a story about Dr. Jill Stein's appearance on Fox News Sunday with Chris Wallace. **Plaintiff's post was VERY SUPPORTIVE of Dr. Jill Stein's recount efforts.**

15. Plaintiff's Facebook post received numerous comments and was shared many times. Sadly, the popularity of plaintiff's political Facebook page has become a double-edged sword putting him in the cross-hairs of "Free Speech Chillers"—Facebook Administrators and possibly their law enforcement counterparts[3].

16. At around 2pm on Sunday 12/4/2016 when plaintiff tried to log into his Facebook page, he was met with the notice "For security reasons your account is temporarily locked". It's not clear how plaintiff's exercise of his legitimate First Amendment rights degenerated into a "security concern". **The only logical explanation for this DRASTIC action is that Facebook is TOTALLY OPPOSED to Dr. Jill Stein's recount efforts, and plaintiff, a sympathizer to her cause became the object of their fury.**

17. Facebook asked plaintiff to upload a Government issued photo ID which plaintiff did. At the time of uploading the photo ID, Facebook was already in possession of plaintiff's cell

---

[1] https://twitter.com/Emolclause
[2] https://www.youtube.com/channel/UCOQEYWGQzfOWMRiAHQZAuHQ
[3] http://venturebeat.com/2014/05/15/how-the-nsa-fbi-made-facebook-the-perfect-mass-surveillance-tool/

phone number, website domain name(emolumentsclause.com) and the associated email address—all of which left NO DOUBT WHATSOEVER as to plaintiff's identity. Even after all this information, plaintiff's account remains locked.

18. **Reasonable jurists will agree that Facebook Administrators (and their law enforcement conterparts) are not worried about plaintiff's identity but rather the content of his political speech. Specifically, plaintiff's Facebook account is locked SOLELY because he is engaging in political speech that Facebook Administrators want to silence.** Facebook's actions violate the U.S. Constitution in several ways;

19. <u>First Amendment Freedom of Speech and Association</u>—It is settled law that punishing someone for engaging in legitimate[4] speech violates their freedom of speech. Locking or otherwise suspending an account amounts to punitive action. Political speech is protected under the 1st Amendment.

20. The defendants cannot demonstrate that plaintiff engaged in ANY political speech that is not protected by the 1st Amendment

21. Locking plaintiff out of his account also prevents him from associating with his friends in violation of his 1st Amendment **Freedom of Association.**

22. <u>Due Process Violation</u>—There is a well-established due process doctrine that an accused shall be given a fair chance to defend his actions before any punitive action is taken.

---

[4] Certain kinds of speech are not protected by the 1st Amendment

5

23. In this case, if Facebook had "security concerns" because they could not verify plaintiff's identity, they should have sent a warning stating that if plaintiff failed to comply, they would lock his account.

24. **The defendants however did the complete opposite. They meted punishment (locked my account) then proceeded to ask about my identity (prove my innocence). Reasonable jurists will agree that this is a clear cut Due Process violation**

25. <u>Racial Discrimination</u>—It is a well-established fact that Facebook and other Social media companies are increasingly working with law enforcement officers.

26. It is also well established in civil rights circles[5] that the subjects of "security concerns" tend to be disproportionately ethnic minorities. In this case, if Plaintiff had been a white man, his popular political Facebook page would be hailed as a success by the defendants.

27. However, because he is a black man, his popular political views become a "security concern" deserving an immediate shut down.

28. Reasonable jurists will agree that the defendant's "lock-down" practices amount to racial discrimination, and violate the 14th Amendment

29. **Finally, plaintiff's complaint could provide a unique window into the national security/social media nexus. Americans are increasingly concerned at the alarming rates at which law enforcement officers inject themselves in people's personal conversations. When even mundane political discussions on social media platforms**

---

https://www.aclu.org/issues/national-security/privacy-and-surveillance[5]

become subjects of "security concerns" requiring people to go through rigorous and needless authentication procedures, It's time for a national debate.

30. Simply stated, if Facebook has been given enough information to positively identify the source of the postings on its social platform, it should not interfere with people's conversations and associations.

## **RELIEF SOUGHT**

31. Plaintiff has suffered severe emotional and psychological anguish as a result of being targeted by the defendants for his political speech. As an immigrant and a minority, the thought that your political speech makes you a "security concern" and possibly the subject of law enforcement monitoring is extremely scary.

32. Plaintiff seeks $10,000,000(10 million dollars) in monetary damages for the needless infringement of his constitutional rights.by the defendants.

## **JURY TRIAL**

33. Plaintiff requests a trial by jury for all issues so triable

COLLINS O.NYABWA

PLAINTIFF **(PRO SE)**

4213 S. PORT AVENUE

P.O. BOX 71889

CORPUS CHRISTI, TX 78467

7

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Collins O. Mabwa

## DEFENDANTS
Facebook

**(b)** County of Residence of First Listed Plaintiff  Nueces
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Mateo County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☑ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C 1983
Brief description of cause:
First Amendment, Due Process & Racial Discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 10,000,000 (10 million)

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  12/5/2016

SIGNATURE OF ATTORNEY OF RECORD
C.O. Mabwa  Plaintiff Pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____